UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RAYE HENSON,<br>    Petitioner,<br>  v.<br>SCOTT M. KERNAN,<br>    Respondent. | Case No. CV 06-01033 VAP(JC)<br><br>JUDGMENT |

  Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: July 29, 2009

           _____
           HONORABLE VIRGINIA A. PHILLIPS
           UNITED STATES DISTRICT JUDGE